UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

LORI T. TYLL
*Individually and as Independent Executrix
of The Estate of Michael A. Tyll*
    Plaintiff,

V.                                            Civil Number 3:17cv01591(VAB)

STANLEY BLACK & DECKER LIFE
INSURANCE PROGRAM, AETNA LIFE INS. CO.,
    Defendants.

## **JUDGMENT**

This matter having come on for consideration of the plaintiff's motion for summary judgment doc.#82 and defendants' motion for summary judgment doc. #79, before the Honorable Victor A. Bolden, United States District Judge; and the Court having considered the full record of the case including applicable principles of law and denied plaintiff's motion for summary judgment and granted the defendants' motion for summary judgment. Accordingly, judgment shall enter in favor of defendants. It is therefore;

ORDERED, ADJUDGED, and DECREED that judgment enter in favor of the defendants, Stanley Black & Decker Life Insurance Program and Aetna Life Ins. Co., and the case is closed.

Dated at Bridgeport, Connecticut this 24th day of February, 2020.

                                                    ROBIN D. TABORA, Clerk

                                                    By:/s/ Jazmin Perez
                                                    Jazmin Perez
                                                    Deputy Clerk

EOD:   2/24/2020